UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Troy Olson,

        Plaintiff,

v.

Denese Wilson, *Warden*,

        Defendant.

Case No. 15-cv-1656 MJD/FLN

ORDER

_____

The above-entitled matter comes before the Court on the Petitioner's objections to the Report and Recommendation of Magistrate Judge Franklin L. Noel dated April 17, 2015 recommending that the Court dismiss his habeas petition.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that

    1.    Petitioner Michael Troy Olson's petition for a writ of habeas corpus [Doc. No. 1] is DENIED;

2. Petitioner's Motion to Appoint Counsel [Doc. No. 5] is DENIED; and

3. This action is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   May 26, 2015                                   s/ Michael J. Davis

                                                                             MICHAEL J. DAVIS
                                                                             Chief Judge
                                                                             United States District Court